## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Amy E. Sines | ) | |
| | ) | Case No. 15-17229 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

### NOTICE OF MOTION

To:    See Attached Service List

   **PLEASE TAKE NOTICE** that on **Tuesday, March 14, 2017**,  at the hour of **10:30 AM**, or as soon thereafter as counsel may be heard, we shall appear before Judge Barnes in Courtroom 744  of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached **FINAL APPLICATION  OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,** a copy of which is attached hereto and is hereby served upon you.  You may appear and be heard if you choose.

By: __/s/Karen J. Porter
Karen J. Porter (Atty No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
Telephone: 312-372-4400
Fax: 312-372-4160

### CERTIFICATE OF SERVICE

   I, Karen J. Porter, an attorney, certify that I caused a true and correct of this Notice and Application to be served on the parties listed on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois 60606 February 24, 2017

_/s/Karen J. Porter___
Karen J. Porter

1

**Amy Sines**
**Case No. 15-17229**
**Service List**

**Via ECM Electronic Filing:**

Patrick S. Layng
Office of the United States Trustee
219 South Dearborn Street, Room 873
Chicago, IL 60604

Amir R Tahmassebi
Konicek & Dillon, P.C.
21 West State Street
Geneva, IL 30134

Scott R Clar
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603

James E. Popjoy
Law Offices of James E. Popjoy
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Amy A. Aronson
Aronson & Walsh, P.C.
P.O. Box 5907
Vernon Hills, IL 60061

Robert Lynch, III
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601

**Via Regular Mail:**

Philip Berenz
Robert A. Langendorf, P.C.
134 North LaSalle Street, Suite 1515
Chicago, IL 60602

Brendan R. Appel
Law Offices of Brendan R. Appel, LLC.
191 Waukegan Road, Suite 360
Northfield, IL 60093-2744

Robert J. Ward
Boulder Tax & Accounting, LLC
3077 W. Jefferson, Suite 207
Joliet, IL 60435

David Pasulka
Pasulka & Associates, P. C.
70 W Madison St Ste 2222
Chicago, IL 60602-4383

James Sines
6 Tumblebrook Ct
Burr Ridge, IL 60527-0702

Amy E. Sines
6 Tumblebrook Court
Burr Ridge, IL 60527-0702

American Express Company
20 Vesey St
New York, NY 10007-2913

Blue Cross Blue Shield
c o Karie Kath
3405 Liberty Drive
Springfield, IL 62704

CACH, LLC
4340 S Monaco St Fl 2
Denver, CO 80237-3485

Capital One, N. A.
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

2

Cavalry SPV I, LLC
HSBC BANK NV NA
500 Summit Lake Dr Ste 400
Valhalla, NY 10595-1340

CFS2, Inc.
2488 E 81st St Ste 500
Tulsa, OK 74137-4214

Chase Bank USA, N. A.
201 N Walnut St
Wilmington, DE 19801-2920

Comenity Bank / Sports
PO Box 182789
Columbus, OH 43218-2789

Credit One Bank, N. A.
585 Pilot Rd
Las Vegas, NV 89119-3619

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4824

George Vlahos
28 W Harding Rd
Lombard, IL 60148-3303

Internal Revenue Service
Centralized Bankruptcy Operations
P.O. Box 7346
Philidelphia, PA 19101-7346

Midland Funding, LLC.
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Nationwide Mutual Insurance Company
1 Nationwide Plz
Columbus, OH 43215-2226

Old Second National Bank
37 S River St # 39
Aurora, IL 60506-4173

Porania LLC
PO Box 11405
Memphis, TN 38111-0405

Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962

Synchrony Bank
170 W Election Rd Ste 125
Draper, UT 84020-6425

TD Bank USA, N. A.
1 Portland Sq
Portland, ME 04101-4057

US Bank, N. A.
Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201-5229

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  Amy E. Sines                      )
                                         )
                                         )     Bankruptcy No. _____ 15-17229 _____
                                         )
                       Debtor.           )     Chapter _____ 11 _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____ Porter Law Network _____

Authorized to Provide Professional Services to: _____ Debtor _____

Date of Order Authorizing Employment: _____ May 21, 2015 _____

Period for Which Compensation is Sought:
From _____ September 13 _____ , _____ 2016 _____ through _____ February 21 _____ , _____ 2017 _____

Amount of Fees Sought:     $ 5,440.00

Amount of Expense Reimbursement Sought:     $ 181.49

This is an:     Interim Application _____      Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 11/24/15 | 5/14/15 to 11/13/15 | 28,648.75 | 28,648.75 | 28,648.75 |
| 9/2/16 | 11/18/15 to 8/31/16 | 15,865.00 | 15,865.00 | 15,865.00 |

Dated: _____ 2/24/17 _____          _____ /s/Karen J. Porter _____
                                                      (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Amy E. Sines | ) | |
| | ) | Case No. 15-17229 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

## FINAL APPLICATION OF THE PORTER LAW NETWORK
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Karen J. Porter and the Porter Law Network ("Counsel") attorneys for the Debtor, move this honorable court pursuant to 11 U.S.C. § § 330, 331 to award it final compensation for the legal services rendered to the Debtor for the time period September 13, 2016 to February 21, 2017. In support thereof Counsel respectfully states as follows:

1.      Debtor filed petition for relief under Chapter 11 of the Bankruptcy Code on May 14, 2015.

2.      On May 21, 2015, the court approved the employment of Karen J. Porter and the Porter Law Network as the Debtor's attorneys retroactive to May 14, 2015

3.      This is the final Application of the Porter Law Network for Compensation and Reimbursement of Expenses (the "Application"). Counsel seeks an award for the legal services rendered during the time period from September 13, 2016 to February 21, 2017 in the amount of $5,440.00. Counsel seeks an award for the reimbursement of expenses in the amount of $181.49. There is a balance due for compensation and reimbursement of expenses in the amount of $5,621.49.

4

4.    Karen J. Porter performed 12.80 hours of legal services for the Debtor at the hourly rate of $425.00. The total amount sought for the legal services performed by Karen J. Porter is $5,440.00.

5.    The Porter Law Network incurred $181.49 in expenses for the Debtor for the cost of the filing fees, copying and postage. The total amount sought for the reimbursement of expenses is $181.49.

6.    A detailed statement of all the legal services performed by the attorneys and legal assistants and all of the expenses incurred is attached to this Application as Exhibit A. The detailed description includes the date the services were rendered; the individual performing the services; the hourly rate of the person performing the services and a statement describing the task, activity or service performed. In addition, the legal services performed for the Debtor are also identified by the following categories: Case Administration, and Motions and Hearings

7.    A summary of the services performed for the Debtor in each of the categories is set forth below:

A.    <u>Case Administration</u>:   General representation of the Debtor, compliance with debtor in possession requirements; counseling the Debtor as to bankruptcy law and procedure; attending creditors meeting; attending meetings with the Debtor and other parties; review of debtor in possession reports; assisting the Debtor with its business operations; communicating with third parties regarding the Debtor's business operations; all other legal services that relate to the administration of the chapter 11 case. The Application for Compensation includes 4.40 hours that was spent for Case Administration category for a total of $1,870.00. A detailed statement of the legal services performed by the attorneys and the legal assistants in connection with Case Administration is attached to this Application as Exhibit B.

5

B.     <u>Motions and Hearings:</u> Prepare motions and pleadings; notices to creditors and parties in interest regarding motions and hearings; review pleadings; prepare for court appearances; court appearances on motions and other hearings; communication with the Debtor, creditors and third parties regarding motions and hearings; and all other legal services that relate to Motions and Hearings. The Application for Compensation includes 8.40 hours that were spent for Motions and Hearings for a total of $3,570.00. A detailed statement of the legal services performed by the attorneys and the legal assistants in connection with Motions and Hearings is attached to this Application as Exhibit C.

8.     For the legal services rendered on the Debtor's behalf, Counsel accomplished the following:

A.     Counseled Debtor as to its rights and obligations under chapter 11 of the bankruptcy code. Assisted the Debtor in meeting other obligations imposed by the Code or the United States Trustee;

B.     Assisted the Debtor with its postpetition operations as a debtor-in-possession;

C.     Prepared motions and pleadings which were necessary to the administration of the estate and the reorganization effort of the Debtor;

D.     Attended court proceedings;

E.     Performed all other legal services that were necessary to the administration of the chapter 11 estate.

9.     Counsel has not agreed to share compensation with any other party.

10.    The Debtor has received this Application for Compensation.

11.    Notice of this Application has been sent to all creditors parties in interest.

6

12.   Counsel requests that the court shorten the time for notice of this Application to

less than twenty-one days as permitted by Bankruptcy Rule 9006(c).

WHEREFORE, Counsel prays for the entry of an order awarding the Porter Law

Network compensation in the amount of $5,621.49 for attorney's fees and the reimbursement of

expenses.

> Respectfully submitted,
> **PORTER LAW NETWORK**
> /s/Karen J. Porter
> Karen J. Porter

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160
Attorney No 6188626

7



**INVOICE**

230 West Monroe, Suite 240
Chicago, IL 60606
Phone: 312-372-4400

Invoice # 40
Date: 02/21/2017

Ms. Amy Sines-Patel
6 Tumblebrook Ct.
Burr Ridge, IL 60527

**00004-Sines**

## Chapter 11 Case NO. 15-17229

**Services**

| Date | Notes | Attorney | Quantity | Rate | Total |
|------|-------|----------|----------|------|-------|
| 09/13/2016 | Motions and Hearings: Attend hearing on confirmation of the plan and all other matters; disclosure statement approved; plan confirmed; stay relief motion withdrawn; plan status set for October 25 | KJP | 0.80 | $425.00 | $340.00 |
| 10/06/2016 | Motions and Hearings: Draft revise and complete motion to authorize the clerk of the court to transfer funds to the disbursing agent | KJP | 0.90 | $425.00 | $382.50 |
| 10/18/2016 | Motions and Hearings: Court appearance on motion to authorize clerk to disburse funds to the disbursing agent; motion granted | KJP | 0.80 | $425.00 | $340.00 |
| 10/18/2016 | Motions and Hearings: Revise proposed order granting motion to disburse funds to the disbursing agent | KJP | 0.10 | $425.00 | $42.50 |
| 10/25/2016 | Case Administration: Conference with fiscal department regarding entry of order authorizing final disbursement | KJP | 0.20 | $425.00 | $85.00 |
| 10/25/2016 | Motions and Hearings: Court appearance on post confirmation status; status hearing continued to november 29, 2016 | KJP | 0.80 | $425.00 | $340.00 |
| 10/27/2016 | Case Administration: Draft plan distributions documents including accounting of receipts and disbursements and plan distribution table | KJP | 1.40 | $425.00 | $595.00 |
| 11/15/2016 | Motions and Hearings: Court appearance on objections to claims; two objections granted; one withdrawn as unnecessary | KJP | 0.70 | $425.00 | $297.50 |
| 11/29/2016 | Motions and Hearings: Court appearance on claims objections and status hearing on confirmed plan | KJP | 0.70 | $425.00 | $297.50 |

EXHIBIT A

Invoice # 40 - 02/21/2017

| 12/01/2016 | Case Administration: Email communication to Mr. Lynch regarding payments for idor; confirming final payments and where the checks should be sent | KJP | 0.20 | $425.00 | $85.00 |
|---|---|---|---|---|---|
| 12/01/2016 | Case Administration: Email communication to Mr. Kelly for the IRS regarding delivery of payments for tax claims | KJP | 0.20 | $425.00 | $85.00 |
| 12/14/2016 | Motions and Hearings: Court appearance on status hearing; hearing continued to 2/1/17 | KJP | 0.60 | $425.00 | $255.00 |
| 01/25/2017 | Case Administration: Draft status report on confirmed plan | KJP | 0.50 | $425.00 | $212.50 |
| 01/25/2017 | Case Administration: Draft table of disbursements to accompany status report on confirmed plan | KJP | 0.30 | $425.00 | $127.50 |
| 02/01/2017 | Motions and Hearings: Court appearance on status hearing on confirmed plan; hearing continued to march 14 | KJP | 0.80 | $425.00 | $340.00 |
| 02/09/2017 | Case Administration: Teleconference with ms kath of blue cross blue shield regarding withdrawal of unsecured claim | KJP | 0.20 | $425.00 | $85.00 |
| 02/09/2017 | Case Administration: Draft withdrawal of claim for blue cross blue shield | KJP | 0.10 | $425.00 | $42.50 |
| 02/13/2017 | Motions and Hearings: Draft objection to claim of target bank | KJP | 0.40 | $425.00 | $170.00 |
| 02/13/2017 | Motions and Hearings: Draft objection to American express claim | KJP | 0.50 | $425.00 | $212.50 |
| 02/14/2017 | Motions and Hearings: Draft objection sychrony bank claim | KJP | 0.10 | $425.00 | $42.50 |
| 02/14/2017 | Motions and Hearings: Draft objection to chase bank claim | KJP | 0.10 | $425.00 | $42.50 |
| 02/14/2017 | Motions and Hearings: Draft objection to midland funding claim | KJP | 0.10 | $425.00 | $42.50 |
| 02/16/2017 | Motions and Hearings: Draft objection to comenity bank claim | KJP | 0.10 | $425.00 | $42.50 |
| 02/16/2017 | Case Administration: Draft quarterly reports on the status of plan payments and quarterly fees | KJP | 0.20 | $425.00 | $85.00 |
| 02/16/2017 | Motions and Hearings: Draft motion for final decree and entry of discharge | KJP | 0.40 | $425.00 | $170.00 |
| 02/17/2017 | Case Administration: Update plan distribution table to reflect claim objections and claim withdrawals | KJP | 0.20 | $425.00 | $85.00 |
| 02/17/2017 | Case Administration: Draft letter to ms sines regarding claim objections; status of distributions; final decree; us | KJP | 0.50 | $425.00 | $212.50 |

Invoice # 40 - 02/21/2017

| Date | | | | | | |
|---|---|---|---|---|---|---|
| | quarterly fees and need to take financial management course | | | | | |
| 02/20/2017 | Case Administration: Draft letter to ms sines regarding blue cross blue shield plan acceptance and claim withdrawal | KJP | 0.40 | $425.00 | $170.00 |
| 02/21/2017 | Motions and Hearings: Draft letter to mr ward regarding motion for final decree; case closing and payment of quarterly fees | KJP | 0.40 | $425.00 | $170.00 |
| 02/21/2017 | Motions and Hearings: Email communication to mr wakefield to confirm the amount of the quarterly fees | KJP | 0.10 | $425.00 | $42.50 |

| | | |
|---|---|---|
| **Quantity Subtotal** | | **12.8** |
| **Services Subtotal** | | **$5,440.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/17/2017 | E108 Postage: Status report on confirmed modified plan of liquidation dated august 19, 2017 and motion of final decree and entry of debtor's discharge | 1.00 | $25.69 | $25.69 |
| Expense | 02/17/2017 | E101 Copying: Status report on confirmed modified plan of liquidation dated august 19, 2017 and motion of final decree and entry of debtor's discharge | 1.00 | $64.97 | $64.97 |
| Expense | 02/21/2017 | E101 Copying: Copying at fedex kinkos 30 copies notice of plan confirmation and plan and 30 copies of motion to authorize transfer of funds to disbursing agent | 1.00 | $90.83 | $90.83 |

| | |
|---|---|
| **Expenses Subtotal** | **$181.49** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Karen Porter | Principal Attorney | 12.8 | $425.00 | $5,440.00 |
| | | **Quantity Total** | | **12.8** |
| | | **Subtotal** | | **$5,621.49** |
| | | **Total** | | **$5,621.49** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 40 | 03/23/2017 | $5,621.49 | $0.00 | $5,621.49 |
| | | | **Outstanding Balance** | **$5,621.49** |
| | | | **Total Amount Outstanding** | **$5,621.49** |

Please make all amounts payable to: Porter Law Network

EXHIBIT B

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 10/25/2016 | 00004-Sines | Case Administration: Conference with fiscal department regarding entry of order authorizing final disbursement<br>Billed on Invoice 40 | Karen Porter<br>0.20 | $425.00 | $85.00 |
| 10/27/2016 | 00004-Sines | Case Administration: Draft plan distributions documents including accounting of receipts and disbursements and plan distribution table<br>Billed on Invoice 40 | Karen Porter<br>1.40 | $425.00 | $595.00 |
| 12/01/2016 | 00004-Sines | Case Administration: Email communication to Mr. Lynch regarding payments for idor; confirming final payments and where the checks should be sent<br>Billed on Invoice 40 | Karen Porter<br>0.20 | $425.00 | $85.00 |
| 12/01/2016 | 00004-Sines | Case Administration: Email communication to Mr. Kelly for the IRS regarding delivery of payments for tax claims<br>Billed on Invoice 40 | Karen Porter<br>0.20 | $425.00 | $85.00 |
| 01/25/2017 | 00004-Sines | Case Administration: Draft status report on confirmed plan<br>Billed on Invoice 40 | Karen Porter<br>0.50 | $425.00 | $212.50 |
| 01/25/2017 | 00004-Sines | Case Administration: Draft table of disbursements to accompany status report on confirmed plan<br>Billed on Invoice 40 | Karen Porter<br>0.30 | $425.00 | $127.50 |
| 02/09/2017 | 00004-Sines | Case Administration: Teleconference with ms kath of blue cross blue shield regarding withdrawal of unsecured claim<br>Billed on Invoice 40 | Karen Porter<br>0.20 | $425.00 | $85.00 |
| 02/09/2017 | 00004-Sines | Case Administration: Draft withdrawal of claim for blue cross blue shield<br>Billed on Invoice 40 | Karen Porter<br>0.10 | $425.00 | $42.50 |
| 02/16/2017 | 00004-Sines | Case Administration: Draft quarterly reports on the status of plan payments and quarterly fees<br>Billed on Invoice 40 | Karen Porter<br>0.20 | $425.00 | $85.00 |
| 02/17/2017 | 00004-Sines | Case Administration: Update plan distribution table to reflect claim objections and claim withdrawals<br>Billed on Invoice 40 | Karen Porter<br>0.20 | $425.00 | $85.00 |
| 02/17/2017 | 00004-Sines | Case Administration: Draft letter to ms sines regarding claim objections; status of distributions; final decree; us quarterly fees and need to take financial management course<br>Billed on Invoice 40 | Karen Porter<br>0.50 | $425.00 | $212.50 |
| 02/20/2017 | 00004-Sines | Case Administration: Draft letter to ms sines regarding blue cross blue shield plan acceptance and claim withdrawal<br>Billed on Invoice 40 | Karen Porter<br>0.40 | $425.00 | $170.00 |
| | | | 4.40 | | $1,870.00 |

EXHIBIT C

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 09/13/2016 | 00004-Sines | Motions and Hearings: Attend hearing on confirmation of the plan and all other matters; disclosure statement approved; plan confirmed; stay relief motion withdrawn; plan status set for October 25 <br> Billed on Invoice 40 | Karen Porter <br> 0.80 | $425.00 | $340.00 |
| 10/06/2016 | 00004-Sines | Motions and Hearings: Draft revise and complete motion to authorize the clerk of the court to transfer funds to the disbursing agent <br> Billed on Invoice 40 | Karen Porter <br> 0.90 | $425.00 | $382.50 |
| 10/18/2016 | 00004-Sines | Motions and Hearings: Court appearance on motion to authorize clerk to disburse funds to the disbursing agent; motion granted <br> Billed on Invoice 40 | Karen Porter <br> 0.80 | $425.00 | $340.00 |
| 10/18/2016 | 00004-Sines | Motions and Hearings: Revise proposed order granting motion to disburse funds to the disbursing agent <br> Billed on Invoice 40 | Karen Porter <br> 0.10 | $425.00 | $42.50 |
| 10/25/2016 | 00004-Sines | Motions and Hearings: Court appearance on post confirmation status; status hearing continued to november 29, 2016 <br> Billed on Invoice 40 | Karen Porter <br> 0.80 | $425.00 | $340.00 |
| 11/15/2016 | 00004-Sines | Motions and Hearings: Court appearance on objections to claims; two objections granted; one withdrawn as unnecessary <br> Billed on Invoice 40 | Karen Porter <br> 0.70 | $425.00 | $297.50 |
| 11/29/2016 | 00004-Sines | Motions and Hearings: Court appearance on claims objections and status hearing on confirmed plan <br> Billed on Invoice 40 | Karen Porter <br> 0.70 | $425.00 | $297.50 |
| 12/14/2016 | 00004-Sines | Motions and Hearings: Court appearance on status hearing; hearing continued to 2/1/17 <br> Billed on Invoice 40 | Karen Porter <br> 0.60 | $425.00 | $255.00 |
| 02/01/2017 | 00004-Sines | Motions and Hearings: Court appearance on status hearing on confirmed plan; hearing continued to march 14 <br> Billed on Invoice 40 | Karen Porter <br> 0.80 | $425.00 | $340.00 |
| 02/13/2017 | 00004-Sines | Motions and Hearings: Draft objection to claim of target bank <br> Billed on Invoice 40 | Karen Porter <br> 0.40 | $425.00 | $170.00 |
| 02/13/2017 | 00004-Sines | Motions and Hearings: Draft objection to American express claim <br> Billed on Invoice 40 | Karen Porter <br> 0.50 | $425.00 | $212.50 |
| 02/14/2017 | 00004-Sines | Motions and Hearings: Draft objection to chase bank claim <br> Billed on Invoice 40 | Karen Porter <br> 0.10 | $425.00 | $42.50 |
| 02/14/2017 | 00004-Sines | Motions and Hearings: Draft objection to midland funding claim <br> Billed on Invoice 40 | Karen Porter <br> 0.10 | $425.00 | $42.50 |

| Date | Matter | Description | User | Rate | Total |
|------|--------|-------------|------|------|-------|
| 02/14/2017 | 00004-Sines | Motions and Hearings: Draft objection sychrony bank claim<br>Billed on Invoice 40 | Karen Porter<br>0.10 | $425.00 | $42.50 |
| 02/16/2017 | 00004-Sines | Motions and Hearings: Draft objection to comenity bank claim<br>Billed on Invoice 40 | Karen Porter<br>0.10 | $425.00 | $42.50 |
| 02/16/2017 | 00004-Sines | Motions and Hearings: Draft motion for final decree and entry of discharge<br>Billed on Invoice 40 | Karen Porter<br>0.40 | $425.00 | $170.00 |
| 02/21/2017 | 00004-Sines | Motions and Hearings: Draft letter to mr ward regarding motion for final decree; case closing and payment of quarterly fees<br>Billed on Invoice 40 | Karen Porter<br>0.40 | $425.00 | $170.00 |
| 02/21/2017 | 00004-Sines | Motions and Hearings: Email communication to mr wakefield to confirm the amount of the quarterly fees<br>Billed on Invoice 40 | Karen Porter<br>0.10 | $425.00 | $42.50 |
| | | | 8.40 | | $3,570.00 |