UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 15-17229 |
|---|---|---|
| Amy E. Sines-Patel | ) ) ) ) ) ) | Chapter: 11<br>Honorable Timothy A. Barnes |
| Debtor(s) | ) | |

**FINAL DECREE**

This cause coming on to be heard on the Debtor's motion for final decree; due and proper notice having been given; the court being duly advised in the premises:

IT IS THEREFORE ORDERED that the estate of the above captioned debtor has been fully administered.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: MAR 2 8 2017

**Prepared by:**

Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20101118_bko