UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:  15-17229 |
|---|---|---|
|  | ) |  |
| Amy E. Sines-Patel | ) | Chapter:  11 |
|  | ) |  |
|  | ) | Honorable Timothy A. Barnes |
|  | ) |  |
| Debtor(s) | ) |  |

**ORDER GRANTING ENTRY OF DISCHARGE**

    This cause coming on to be heard on the Debtor's for the entry of discharge;
due and proper notice of the Motion having been given; the court being duly advised
in the premises:

    IT IS THEREFORE ORDERED that the Motion is granted.  The clerk's office
is directed to issue a discharge to the Debtor.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  MAR 2 8 2017

**Prepared by:**

Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20101118_bko